# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **YOLANDA GARRETT,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:19-cv-01137-RDP |
| **NIBCO INC., et al.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

The court, having been informed that a class-action settlement has been reached in *Matson v. NIBCO Inc.*, No. 19-cv-01137 (W.D. Tex.), **DISMISSES** this case **WITHOUT PREJUDICE**. Nothing in this Order **SHALL** prejudice the parties' positions in the Western District of Texas action.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than ninety (90) days from the entry date of this Order, at which time the court will dismiss this matter with prejudice. If more time is needed to submit that stipulation, the parties **SHALL** notify the court.

**DONE** and **ORDERED** this January 11, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE